# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JOHN GARY WINSTON**                                                                                    **PETITIONER**
*Reg #28648-009*

**V.**                            **CASE NO. 2:20-cv-00055-JTK**

**DEWAYNE HENDRIX**
*Warden, FCI Forrest City*                                                                               **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Winston's Petition is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of August, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE